IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY LAYNE ROGERS, SR.,

　　　　Appellant,

v.

JULIE L. JONES, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS,

　　　　Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1378

Opinion filed October 6, 2017.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Jerry Layne Rogers, Sr., pro se, Appellant.

Kenneth Steely, General Counsel, Department of Corrections, Tallahassee; Pamela Jo Bondi, Attorney General and Donna LaPlante, Senior Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Relying on this Court's decision in *Green v. Cottrell*, 172 So. 3d 1009 (Fla. 1st DCA 2015), the trial court dismissed a negligence action filed by Appellant Jerry

Layne Rogers, Sr., as time-barred under the one-year limitation period of section 95.11(5)(g), Florida Statutes (2011). However, the Florida Supreme Court quashed our decision in *Green*, determining that the four-year statute of limitations under section 768.28(14), Florida Statutes (2011), governs actions where a prisoner alleges "physical injury due to the negligent or wrongful acts or omissions of the employees of a government entity." *Green v. Cottrell*, 204 So. 3d 22, 29 (Fla. 2016). As such, Appellant's negligence claim should not have been dismissed under section 95.11(5)(g).[*] We, therefore, reverse and remand this case for further proceedings.

ROBERTS, WINOKUR, and M.K. THOMAS, JJ., CONCUR.

---

[*] We affirm the trial court's dismissal of Appellant's claim of medical malpractice as time-barred under section 95.11(4)(b), Florida Statutes (2011).